NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**TIMOTHY R. SCHLECK,**

*Petitioner*

**v.**

**DEPARTMENT OF THE NAVY,**

*Respondent*

---

2024-1662

---

Petition for review of the Merit Systems Protection Board in No. DC-1221-17-0377-W-1.

---

## O R D E R

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52 (a) (1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in

2                                           SCHLECK V. NAVY

accordance with the rules.


                                      FOR THE COURT



June 3, 2024                          Jarrett B. Perlow
    Date                              Clerk of Court


**ISSUED AS A MANDATE:** June 3, 2024